IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARY BROOKE JONES,

    Plaintiff,

v.                                              Case No. 3:05cv185/MCR/EMT

EMCARE, INC.,

    Defendant.
_____/

**O R D E R**

For the reasons[1] stated by the Court at oral argument on December 1, 2005, Defendant Emcare, Inc.'s Motion to Dismiss Count IV of Plaintiff's First Amended Complaint is GRANTED to the extent that Count IV raises a pregnancy discrimination claim under the Florida Civil Rights Act.[2]

ORDERED on this 8th day of December, 2005.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **United States District Judge**

---

[1] The court notes that during oral argument, it referred to this action as being before it on diversity jurisdiction. Upon review, the court acknowledges that this case is before it on federal question jurisdiction pursuant to 28 U.S.C. § 1331. Nonetheless, the court is required to follow state law on the question of whether the Florida Civil Rights Act is preempted by the Pregnancy Discrimination Act. See Walton v. City of Southfield, 995 F.2d 1331, 1343 (6th Cir. 1993) (applying state law to pendent state law claims in federal question case).

[2] To the extent that Count IV of the amended complaint also raises a sex discrimination claim under federal law pursuant to Title VII of the Civil Rights Act of 1964 as amended, such a claim is not dismissed pursuant to this Order.