# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MARY BROOKE JONES

    VS                                              Case No.  3:05cv185/MCR/EMT

EMCARE, INC., et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on      June 2, 2006

Type of Motion/Pleading: Plaintiff's NOTICE OF WITHDRAWAL OF HER MOTION TO COMPEL DISCOVERY RESPONSES FROM DEFENDANT (re doc.41)

Filed by:   Plaintiff      on  6/1/2006    Document    44

( )    Stipulated/Consented/Joint Pleading

RESPONSES:

                                on              Doc.#

                                on              Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *C. Justice*
Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 2nd day of June, 2006, that:

(a)    The requested relief is **GRANTED**.

(b)    Plaintiff's motion to compel discovery responses (Doc. 41) is **DENIED** as moot.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**